Clerk of Court
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW, Room 1225
Washington, DC 20001

Emily Breslin
emilycb913@gmail.com
[address omitted]

Dear Clerk:

**RECEIVED**
**Mailroom**
DEC 15 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

Please find enclosed:

1. A Civil Cover Sheet;

2. Two copies of a complaint for filing;

3. A sealed notice containing the plaintiff's full address and telephone number pursuant to LCvR 5.1(c)(1);

4. A money order for the $405 filing fee;

5. Three copies of a completed summons form naming each defendant (for the defendant, the U.S. Attorney, and the Attorney General);

6. A self-addressed, stamped envelope so that the Clerk can return the issued summonses; and

7. A Motion for CM/ECF User Name and Password.

An electronic copy of the notice containing the plaintiff's full address and telephone number will also be submitted to the Clerk's Office pursuant to LCvR 5.1(h). Because I have access to PACER, I do not require the return of a file-stamped copy of the complaint.

Sincerely,

*Emily C. Breslin*

Emily Breslin