UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILY BRESLIN,<br>Plaintiff, | ) | |
| v. | ) | Civil Action No. 25-4380 (LLA) |
| UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, *in her official capacity as Secretary of Education*,<br>Defendants. | ) | |

**DECLARATION OF SERVICE ON SECRETARY LINDA MCMAHON**

I, Chris McDonald, hereby state that:

1. I am over eighteen years old and not a party to this proceeding.

2. On the 29th day of December, 2025, I caused to be deposited in the United States Mail:

   a. the Summons in a Civil Action;

   b. the Notice of Right to Consent to Trial Before a United States Magistrate Judge and the blank Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form;

   c. a copy of the Complaint; and

   d. a copy of the Notice of Plaintiff's Address and Telephone Number

in the above-captioned case, postage prepaid, certified mail return receipt requested, addressed to the following defendant:

Secretary Linda McMahon
United States Department of Education
400 Maryland Avenue, SW
Washington, DC 20202-0001

3. I have received the receipt for the certified mail, No. 9589 0710 5270 2125 4478 28, attached as Exhibit A, indicating that delivery was made upon said defendant on the 8th day of January, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/29/26 (Date)

(Signature)

Chris McDonald
25900 Woodstead Road
Waterford, WI 53185
(715) 829-7897
chrismcd098@gmail.com

# EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Secretary Linda McMahon
United States Department of Education
400 Maryland Avenue, SW
Washington, DC 20202-0001

9590 9402 8932 4064 4232 98

2. Article Number *(Transfer from service label)*

9589 0710 5270 2125 4478 28

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature] ☒ Agent ☐ Addressee

B. Received by *(Printed Name)* P. Murray

C. Date of Delivery 1/8/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

CAPITAL DISTRICT 206

6 JAN 2026 PM 1 L

9590 9402 8932 4064 4232 98

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Chris McDonald
25900 Woodstead Road
Waterford, WI 53185-3222