UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILY BRESLIN,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARMENT OF EDUCATION, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-4380 (LAA) |

**MOTION FOR AN EXTENSION OF
TIME TO RESPOND TO THE COMPLAINT**

    Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully move, by and through undersigned counsel, for a 45-day extension, to April 13, 2026, of the current deadline of February 27, 2026, to respond to Plaintiff's Complaint, ECF No. 1. Pursuant to Local Civil Rule 7(m), the undersigned has conferred with counsel for Plaintiff on February 23, 2026 and on February 24, 2026 and Plaintiff opposes the relief requested herein. Good cause supports this motion, as set forth below:

    1. On December 15, 2025, Plaintiff filed her Complaint but did not serve the United States Attorney's office until December 29, 2025. *See* ECF Nos. 1 and 7. According to the docket, the deadline for Defendants to respond to the Complaint is February 27, 2026. (ECF No. 7).

    2. Defendants respectfully request an additional 45 days to respond to the Complaint, which would bring this deadline to April 13, 2026. Good cause exists for this extension request. Undersigned counsel was recently assigned this matter and requires additional time to review the background of the case and discuss the matter with assigned agency counsel to prepare a response to the Complaint. Additionally, the undersigned will be out of the office and largely unavailable

from March 16 through March 27 while attending an office-sponsored training course at the National Advocacy Center in Columbia, South Carolina. Accordingly, Defendants request an extension of their response deadline to, and including, April 13, 2026.

3. No existing court deadlines will be impacted by this extension request other than the existing deadline to respond to the Complaint. Although Plaintiff opposes the extension request, Defendants submit that Plaintiff will not be prejudiced by this brief extension.

4. A proposed order is attached.

Dated: February 26, 2026

                                        Respectfully submitted,

                                        */s/ Samantha-Josephine Baker*
SAMANTHA-JOSEPHINE BAKER
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 252-2435
Samantha-Josephine.Baker@usdoj.gov

*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILY BRESLIN, *Plaintiff*, v. UNITED STATES DEPARMENT OF EDUCATION, *et al.*, *Defendants*. | Civil Action No. 25-4380 (LAA) |

# **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for an Extension of Time to Respond to the Complaint, and for good cause shown, it is hereby

**ORDERED** that Motion is **GRANTED**; and it is further

**ORDERED** that Defendants' deadline to respond to the Complaint, ECF No. 1, is extended to, and including, April 13, 2026.

**SO ORDERED**, this ___ day of February, 2026.

_____
LOREN L. ALIKAHN
United States District Judge