UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMILY BRESLIN,<br>       Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, *in her official capacity as Secretary of Education*,<br>       Defendants. | Civil Action No. 25-4380 (LLA) |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants sought a 45-day extension of the February 27, 2026 deadline to respond to Plaintiff's complaint to accommodate counsel's schedule. The Court granted that extension by minute order entered February 27, 2026.

Plaintiff responds only to clarify that Plaintiff did not object to Defendants' request in principle. Plaintiff objected only to the extent that such an extension will prejudice Plaintiff. Plaintiff believes that Plaintiff is statutorily entitled to Public Service Loan Forgiveness of the balance of Plaintiff's student loans without the need for any further payments. Every month of delay in receiving this statutory loan forgiveness requires Plaintiff to make another monthly student loan payment to avoid defaulting on Plaintiff's loan agreement.[1]

Plaintiff has proposed a suspension of payments while this litigation is pending to alleviate this concern but has not received such a pause. Plaintiff's student loan servicer has

---

[1] Defendants' motion suggests that Plaintiff delayed in serving the summons and complaint. Plaintiff did not receive the issued summonses in the mail until Friday, December 26, 2025 and arranged for service the following business day.

1

paused payments until April 12, 2026, but Plaintiff has received no indication that the pause will last any longer than that. Plaintiff also has not received any assurance of a refund if Plaintiff is successful in this litigation, nor would any such assurance fully alleviate Plaintiff's concerns. As explained in the complaint, the last time Plaintiff was entitled to a student loan payment refund, it took 16 months for Plaintiff to actually receive that refund. Complaint, ECF No. 1 at ¶¶ 30-33, 121-125.

Dated:  February 27, 2026

                                              Respectfully submitted,

                                                /s/ Emily Breslin

                                              Emily Breslin
                                              emilycb913@gmail.com