UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

EMILY BRESLIN,                                )
    Plaintiff,                          )
                                                          )
v.                                                        )  Civil Action No. 25-4380 (LLA)
                                                          )
UNITED STATES DEPARTMENT OF EDUCATION )
and LINDA MCMAHON, *in her official capacity as* )
*Secretary of Education*,                      )
    Defendants.                     )
_____ )

### DECLARATION OF EMILY BRESLIN

I, Emily Breslin, hereby declare as follows:

1.  I am the Plaintiff in this action. I am above the age of 18 and have personal knowledge of the facts set forth in this declaration.

2.  I submitted a 32-page application for Public Service Loan Forgiveness to the Department of Education (the "Department") on July 1, 2025 and July 2, 2025. A true and correct redacted copy of my application package is attached as **Exhibit 1**.

3.  On July 1, 2025, I faxed the entire 32-page application to the Department at (540) 212-2415, the number the Department instructs borrowers to fax applications to on its website at https://studentaid.gov/manage-loans/forgiveness-cancellation/public-service/public-service-loan-forgiveness-application.

4.  A true and correct copy of the confirmation of my 33-page fax is attached as **Exhibit 2**.

5.  On July 2, 2025, I mailed the entire 32-page application package via the United States Postal Service to U.S. Department of Education, P.O. Box 300010, Greenville, TX 75403.

1

This is the mailing address that the Department instructs borrowers to mail applications to on its website at https://studentaid.gov/manage-loans/forgiveness-cancellation/public-service/public-service-loan-forgiveness-application.

6. A true and correct copy of my USPS receipt showing mailing of an envelope weighing 4.90 ounces to the Greenville, TX 75403 address is attached as **Exhibit 3**.

7. On July 2, 2025, I also mailed the entire 32-page application package to U.S. Department of Education, Attn: Office of the General Counsel, 400 Maryland Avenue, S.W. Washington, D.C. 20202. The receipt attached as Exhibit 3 also shows mailing of an envelope weighing 4.90 ounces to the Washington, D.C. 20202 address.

8. On July 11, 2025, I received an email from "U.S. Department of Education" at donotreply@studentaid.gov stating, "This email is to let you know there's an update related to your progress toward Public Service Loan Forgiveness (PSLF). Log in to StudentAid.gov and go to My Activity to see the latest information." A true and correct copy of that email is attached as **Exhibit 4**.

9. When I logged into my account, I accessed a letter from Federal Student Aid stating, "We have determined that your application is complete, so we will now review your submission for employer eligibility and determine how many qualifying payments you have made on your qualifying loans for both the PSLF and TEPSLF programs." A true and correct copy of this letter is attached as **Exhibit 5**.

10. On May 29, 2026, I accessed my Federal Student Aid account at StudentAid.gov to view the PSLF Payments - Payment History page. The Payment History for Loan 6 that I reviewed is attached as **Exhibit 6**.

11. At the time I accessed my StudentAid.gov account on May 29, 2026, it contained

information in the same format for my seven other student loans.

12.     Attached as **Exhibit 7** is the copy of the letter denying my Public Service Loan

Forgiveness Application that appears in the administrative record at Breslin 000166-000167.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: June 10, 2026                          /s/ Emily Breslin
                                                    Emily Breslin
                                                    emilycb913@gmail.com
                                                    Address and phone number at ECF No. 2
                                                    (pursuant to Local Civil Rule 5.1(c)(1))