UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILY BRESLIN,

        Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.*,

        Defendants.

Civil Action No. 25-4380 (LLA)

**JOINT MOTION TO STAY SUMMARY JUDGMENT BRIEFING PENDING
RESOLUTION OF PLAINTIFF'S MOTION (ECF NO. 15)**

The Court entered a Minute Order on May 19, 2026 establishing a schedule governing summary judgment briefing in this matter. Plaintiff filed a Motion for an Order Requiring Defendants to Complete the Administrative Record on June 10, 2026. *See* ECF No. 15.

In accordance with the agreement in the parties' Joint Motion for Entry of Scheduling Order (ECF No. 13), the parties jointly move to stay the deadlines governing summary judgment briefing in this matter pending resolution of the Plaintiff's Motion for an Order Requiring Defendants to Complete the Administrative Record. *See* ECF No. 15.[1] Plaintiff and Defendants respectfully request that the Court extend the deadlines as follows:

| | |
|---|---|
| **14 days** from resolution of Plaintiff's Motion for an Order Requiring Defendants to Complete the Administrative Record | Deadline for Plaintiff to file a motion for summary judgment |

---

[1] The parties are currently discussing a possible stipulation to Plaintiff's motion which would resolve Plaintiff's Motion in its entirety.

1

| | |
|---|---|
| **30 days** from deadline for Plaintiff to file a motion for summary judgment | Deadline for Defendants to file an opposition to Plaintiff's motion for summary judgment and a cross-motion for summary judgment, if any |
| **30 days** from deadline for Defendants to file an opposition to Plaintiff's motion for summary judgment and a cross-motion for summary judgment, if any | Deadline for Plaintiff to file a reply in support of her motion for summary judgment and an opposition to Defendants' cross-motion for summary judgment, if any |
| **28 days** from deadline for Plaintiff to file a reply in support of her motion for summary judgment and an opposition to Defendants' cross-motion for summary judgment | Deadline for Defendants to file a reply in support of their cross-motion for summary judgment, if any |
| **14 days** from deadline for Defendants to file a reply in support of their cross-motion for summary judgment | Deadline for parties to file an appendix of citations to the administrative record |

Dated: June 17, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  _____ */s/ Samantha-Josephine Baker*_____
SAMANTHA-JOSEPHINE BAKER
FL Bar #105714
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 252-2435
Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*

2

3

/s/ Emily Breslin

Emily Breslin

emilycb913@gmail.com

Address and phone number at ECF No. 2
        (pursuant to Local Rule 5.1(c)(1))

*Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILY BRESLIN,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, *et al.*,<br><br>       Defendants. | Civil Action No. 25-4380 (LLA) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion To Stay Summary Judgment Briefing Pending Resolution Of Plaintiff's Motion (ECF No. 15), it is hereby

**ORDERED** that the Motion is **GRANTED** and the deadlines governing summary judgment briefing in this matter are stayed. It is further

**ORDERED** that the following deadlines shall govern the above-captioned case:

| | |
|---|---|
| **14 days** from resolution of Plaintiff's Motion for an Order Requiring Defendants to Complete the Administrative Record | Deadline for Plaintiff to file a motion for summary judgment |
| **30 days** from deadline for Plaintiff to file a motion for summary judgment | Deadline for Defendants to file an opposition to Plaintiff's motion for summary judgment and a cross-motion for summary judgment, if any |
| **30 days** from deadline for Defendants to file an opposition to Plaintiff's motion for summary judgment and a cross-motion for summary judgment, if any | Deadline for Plaintiff to file a reply in support of her motion for summary judgment and an opposition to Defendants' cross-motion for summary judgment, if any |

1

| **28 days** from deadline for Plaintiff to file a reply in support of her motion for summary judgment and an opposition to Defendants' cross-motion for summary judgment | Deadline for Defendants to file a reply in support of their cross-motion for summary judgment, if any |
|---|---|
| **14 days** from deadline for Defendants to file a reply in support of their cross-motion for summary judgment | Deadline for parties to file an appendix of citations to the administrative record |

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date: _____

2