UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILY BRESLIN,

       Plaintiff,

   v.

UNITED STATES DEPARTMENT OF
EDUCATION, *et al*.,

       Defendants.

Civil Action No. 25-4380 (LLA)

**JOINT STATUS REPORT**

Plaintiff, Emily Breslin ("Plaintiff"), pro se, and Defendant, United States Department of Education ("Defendant"), by and through its undersigned counsel, respectfully submit the following Joint Status Report pursuant to the Court's July 16, 2026 Minute Order.

**STATUS OF PLAINTIFF'S MOTION**

1.      Plaintiff filed a Motion for an Order Requiring Defendants to Complete the Administrative Record on June 10, 2026. *See* ECF No. 15.

2.      On June 17, 2026, the parties filed a Joint Motion to Stay Summary Judgment Briefing Pending Resolution of Plaintiff's Motion. *See* ECF No. 17. As indicated in the motion, the parties are discussing a possible stipulation to Plaintiff's motion that would resolve Plaintiff's motion in its entirety.

3.      As of this filing, Defendant has produced all the PSLF loan history records it has in its possession and is still currently working on providing additional explanatory information as requested by Plaintiff. As such, the parties propose filing another joint status report in 14 days.

4.      Based on the above, the parties respectfully propose that the Court defer setting a schedule for summary judgment briefing at this time and that the parties file a status report on or before August 7, 2026, to update the court on the status of this matter.

Dated: July 24, 2026                                    Respectfully submitted,

                                                         JEANINE FERRIS PIRRO
                                                         United States Attorney


                                        By:  _____/s/ Samantha-Josephine Baker_____
                                                         SAMANTHA-JOSEPHINE BAKER
                                                         FL Bar #105714
                                                         Assistant United States Attorney
                                                         601 D Street, NW
                                                         Washington, DC 20530
                                                         Tel: (202) 252-2435
                                                         Samantha-Josephine.Baker@usdoj.gov

                                                         *Attorneys for the United States of America*


                                                 ____/s/ Emily Breslin_____

                                                         Emily Breslin
                                                         emilycb913@gmail.com
                                                         Address and phone number at ECF No. 2
                                                             (pursuant to Local Rule 5.1(c)(1))
                                                         *Plaintiff*

2