UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILY BRESLIN,

          Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
EDUCATION, *et al*.,

          Defendants.

Civil Action No. 25-4380 (LLA)

## JOINT STATUS REPORT

Plaintiff, Emily Breslin ("Plaintiff"), pro se, and Defendant, United States Department of Education ("Defendant"), by and through its undersigned counsel, respectfully submit the following Joint Status Report pursuant to the Court's July 27, 2026 Minute Order.

### STATUS OF PLAINTIFF'S MOTION

1. Plaintiff filed a Motion for an Order Requiring Defendants to Complete the Administrative Record on June 10, 2026. *See* ECF No. 15.

2. On June 17, 2026, the parties filed a Joint Motion to Stay Summary Judgment Briefing Pending Resolution of Plaintiff's Motion. *See* ECF No. 17. As indicated in the motion, the parties are discussing a possible stipulation to Plaintiff's motion that would resolve Plaintiff's motion in its entirety.

3. As of this filing, Defendant has produced all the PSLF loan history records it has in its possession, has provided the additional explanatory information requested by Plaintiff, and the parties are in the process of drafting a stipulation. As such, the parties propose filing a stipulation or another joint status report in 14 days.

4.      Based on the above, the parties respectfully propose that the Court continue to defer setting a schedule for summary judgment briefing and that the parties file either a stipulation with a proposed revised briefing schedule or a further joint status report on or before August 21, 2026.

Dated: August 7, 2026                                    Respectfully submitted,

                                                        JEANINE FERRIS PIRRO
                                                        United States Attorney


                                                        By:        /s/ Samantha-Josephine Baker
                                                            SAMANTHA-JOSEPHINE BAKER
                                                            FL Bar #105714
                                                            Assistant United States Attorney
                                                            601 D Street, NW
                                                            Washington, DC 20530
                                                            Tel: (202) 252-2435
                                                            Samantha-Josephine.Baker@usdoj.gov

                                                        *Attorneys for the United States of America*


                                                            /s/ Emily Breslin

                                                        Emily Breslin
                                                        emilycb913@gmail.com
                                                        Address and phone number at ECF No. 2
                                                                (pursuant to Local Rule 5.1(c)(1))
                                                        *Plaintiff*

2